

| | |
|---|---|
| Debtor:  HAWAII ISLAND AIR, INC. | Case No.:  **17-01078** |
| Joint Debtor: | Chapter  **7** |
| Plaintiff(s):  ELIZABETH A. KANE, TRUSTEE<br><br>vs.<br>Defendant(s): | Adversary Proceeding No.:<br>**19-90049** |

### TRANSMITTAL OF DOCUMENT FOR PENDING ACTION

NOTICE IS HEREBY GIVEN that the following document has been filed in the bankruptcy court and concerns a pending appeal:

☐ Bankruptcy Appellate Panel   ☒ District Court   ☐ Court of Appeals

BAP No.:         Civil No.: 20-00246 JMS-KJM  Docket No:

| | |
|---|---|
| *Document(s):* | ☐ Motion for leave to appeal interlocutory order |
| | ☐ Responses/oppositions to motion for leave to appeal |
| | ☐ Amended notice of appeal |
| | ☐ Election for district court to hear appeal |
| | ☒ Other:  Recommendation to Consolidate Case (Civil Nos. 19-00574 JAO-RT with 20-00246 JMS-KJM) |

Date:   March 23, 2021

/s/ Michael B Dowling
Clerk

hib_8007x    11/07    *[ECF: Court Notices ... Appeals – Transmittal of Document for Pending Appeal]*