IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH KANE, Bankruptcy Trustee, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>PACAP AVIATION FINANCE, LLC, et al.,<br><br>　　　　Defendants. | CIV. NO. 20-00246 JMS-KJM<br><br>ORDER ADOPTING RECOMMENDATION TO CONSOLIDATE |

## ORDER ADOPTING RECOMMENDATION TO CONSOLIDATE

On March 23, 2021, U.S. Bankruptcy Judge Robert J. Faris issued a Recommendation to Consolidate.  ECF No. 16-1.  Judge Faris recommended that this Court consolidate this case with Civil No. 19-00574 JAO-RT because "[b]oth cases arise out of the same set of acts and transactions; virtually the same discovery is appropriate in both cases; and the evidence presented at trial in the two cases will likely be identical."  *Id.* at PageID # 104.  Although he noted that the parties seek different remedies, he concluded that consolidation would reduce the risk of an excessive or insufficient remedy and would promote efficiency.  *Id.*  Judge Faris further recommended that the Court set a date for the consolidated

trial, withdraw the reference 90 days before the trial date, and issue a new Rule 16 Scheduling Order with the dates agreed to by the parties. *Id.*

On March 24, 2021, the Court directed the parties to file any objections to the Recommendation by April 6, 2021. There being no objections, the Court ADOPTS Judge Faris' Recommendation. This matter will remain with Judge Faris for all other purposes until 90 days before trial.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 7, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

Civ. No. 20-00246 JMS-KJM, *Kane v. Pacap Aviation Finance, LLC,* Order Adopting Recommendation To Consolidate